# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Lynn Hackney<br>Debtor(s) | BK NO. 17-03860 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of United States of America, USDA acting through Farm Service Agency and index same on the master mailing list.

                                          Respectfully submitted,

                                      **/s/ Thomas I. Puleo, Esquire**
                                      Thomas I. Puleo, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      412-430-3594