```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-03860-HWV
Karen Lynn Hackney                                                Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner              Page 1 of 2         Date Rcvd: Dec 04, 2017
                             Form ID: ntcnfhrg          Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
```
db            +Karen Lynn Hackney,    6514 Devonshire Heights Road,    Harrisburg, PA 17111-4818
4980032       +Amerimark,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4969501        CB/BON,    BK NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4969502       +CB/JDWILLIAMS,    BK NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4969503        CB/ROAMANS,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4969504        CB/WMNWTHN,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4969505       +CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4969506       +CCB/JJILL,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4969508       +COMCAST CABLE (BK Notices),    1555 SUZY ST,    LEBANON, PA 17046-8318
4969511       +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4969532       +FARM SERVICE AGENCY,    146 STONEY CREEK DRIVE, SUITE 1,    MIFFLINTOWN, PA 17059-8097
4969512       +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4969513       +FORTIVA,    PO BOX 105555,    ATLANTA, GA 30348-5555
4969515       +LONDONDERRY ANIMAL HOSPITAL,    2164 E HARRISBURG PIKE,    MIDDLETOWN, PA 17057-4696
4969516       +LOWER PAXTON TOWNSHIP AUTHORITY,    425 PRINCE STREET,    HARRISBURG, PA 17109-3053
4969517       +LVNV FUNDING LLC,    ATT KEVIN P BRANIGAN PRESIDENT,    55 BEATTIE PL STE 110 MS576,
                GREENVILLE, SC 29601-2165
4969518       +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                BUFFALO, NY 14240-1288
4969519       +MABT/TOTVISA,    5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
4969520       +MICHAEL F RATCHFORD, ESQ,    RATCHFORD LAW GROUP PC,    409 LACKAWANNA AVE, STE 320,
                SCRANTON, PA 18503-2059
4969521        MILES KIMBALL,    PO BOX 2860,    MONROE, WI 53566-8060
4969522        MINDY S GOODMAN ESQUIRE,    2215 FOREST HILLS DRIVE STE 35,    HARRISBURG, PA 17112-1099
4983160       +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
4969524        PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4969526       +ROUTE 22 STOR-ALL,    6740 ALLENTOWN BLVD,    HARRISBURG, PA 17112-3392
4969527       +SANTANDER BANK,    PO BOX 841002,    BOSTON, MA 02284-1002
4969528        SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,    DALLAS, TX 75356-0284
4980030       +Stoneberry,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4983159       +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
4969530       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4969531       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
4982922       +United States of America,    USDA acting through Farm,    Juniata Farm Service Agency,
                146 Stony Creek Drive, Suite 1,    Mifflintown, PA 17059-8097
4969533       +VALLEY POOLS, INC,    BOX 167 & LAWN ROAD,    CAMPBELLTOWN, PA 17010-0167
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4969507       +E-mail/Text: dehartstaff@pamd13trustee.com Dec 04 2017 19:07:50     CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4969509        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2017 19:07:33     COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4969510        E-mail/PDF: creditonebknotifications@resurgent.com Dec 04 2017 19:06:47     CREDITONE BANK,
                CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
4969514        E-mail/Text: cio.bncmail@irs.gov Dec 04 2017 19:07:25     INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4969523       +E-mail/Text: bankruptcy@sccompanies.com Dec 04 2017 19:08:02     MONTGOMERY WARD,
                1112 7TH AVENUE,    MONROE, WI 53566-1364
4991957       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 04 2017 19:07:45     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4969525        E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2017 19:07:32     QUANTUM3 GROUP LLC,
                PO BOX 788,    KIRKLAND, WA 98083-0788
4969529       +E-mail/Text: bankruptcy@sccompanies.com Dec 04 2017 19:08:02     SWISS COLONY,    1112 7TH AVE,
                MONROE, WI 53566-1364
4993139        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2017 19:13:08     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
4969534       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 04 2017 19:07:51     WEBBNK/FHUT,
                6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0314-1           User: AGarner             Page 2 of 2              Date Rcvd: Dec 04, 2017
                               Form ID: ntcnfhrg         Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor   United States of America, USDA acting through Farm
               Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Karen Lynn Hackney<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−03860−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**January 3, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 17, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2017 |