IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Karen Lynn Hackney | : | CHAPTER 13 BANKRUPTCY |
| | : | |
| | : | |
| | : | NO. 1:17-bk-03860 |
| | : | |
| Debtor(s) | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

Please be advised that Joseph R. Baranko, Jr., Esquire of the Slusser Law Firm, 1620 North Church Street, Suite 1, Hazleton, Pennsylvania 18202, hereby enters his appearance on behalf of the Creditor, Lower Paxton Township Sewer Authority, requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully submitted,

THE SLUSSER LAW FIRM

BY /S/ Joseph R. Baranko, Jr.
JOSEPH R. BARANKO, JR., ESQUIRE
1620 North Church Street, Suite 1
Hazleton, PA 18202
Attorney for Lower Paxton Township
Sewer Authority