**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | CHAPTER 13 BANKRUPTCY |
|---|---|
| Karen Lynn Hackney | CASE NO.: 1:17-bk-03860 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on January 5, 2018, I served a copy of the Entry of Appearance and Request for Notices on the following parties in this matter:

Charles J. DeHart, III (Trustee), *via email: dehartstaff@pamd13trustee.com; TWecf@pamd13trustee.com*

Kara Katherine Gendron on behalf of Debtor 1 Karen Lynn Hackney, *via email: karagendronecf@gmail.com; doriemott@aol.com; mottgendronlaw@gmail.com; bethsnyderecf@gmail.com*

Dorothy L. Mott on behalf of Debtor 1 Karen Lynn Hackney, *via email: DorieMott@aol.com; KaraGendronECF@gmail.com; mottgendronlaw@gmail.com; bethsynderecf@gmail.com*

Thomas I. Puleo on behalf of Creditor United States of America, USDA acting through Farm Service Agency, *via email: tpuleo@kmllawgroup.com; bkgroup@kmllawgroup.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

Respectfully submitted,

THE SLUSSER LAW FIRM

By: /s/Joseph R. Baranko, Jr.
    Joseph R. Baranko, Jr., Esquire
    Supr. ID #39124
    Attorney for Lower Paxton Township
    Sewer Authority, Creditor
    The Slusser Law Firm
    1620 N. Church St., Ste. 1
    Hazleton, PA 18201
    Telephone: 570-453-0463