IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAREN LYNN HACKNEY | : | |
|     Debtor | : | CASE NO. 1:17-bk-03860 |
| | : | |
| SANTANDER CONSUMER USA, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| KAREN LYNN HACKNEY, | : | |
|     Respondent | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted as to Movant's request.  Denied that Movant is entitled to relief.

3. Admitted.

4. A. 1. Admitted.

      2. Admitted.

   B. 1. Admitted.

      2. Admitted.

      3. Admitted.

      4. Admitted.

   C. 1. Admitted as to the value reflected in the NADA; proof of value of the vehicle is demanded at trial and this averment is therefore denied.

   D. 1. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

      2. Proof of default is demanded at trial and this paragraph is therefore denied, pending Debtor's research of payments made.

5.  A.  1.  Proof of default is demanded at trial and this paragraph is therefore denied, pending Debtor's research of payments made.

   2.  Proof of insurance will be provided.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

---

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com