IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAREN LYNN HACKNEY, | : | |
|     Debtor | : | CASE NO. 1:17-bk-03860 |
| | : | |
| KAREN LYNN HACKNEY, | : | |
|     Movant | : | |
| v. | : | |
| PYOD, LLC its successors and assigns as | : | |
| assignee of Arrow Financial Services, | : | |
| LLC, | : | OBJECTION TO CLAIM # 19 |
|     Respondent/Claimant | : | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>January 18, 2018</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036<br><u>dehartstaff@pamd13trustee.com</u> | Electronically |
| PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 01/18/2018

/s/Dorothy L Mott
_____
Dorothy L Mott, Esquire
Atty ID #43568
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

Case 1:17-bk-03860-HWV    Doc 34    Filed 01/18/18    Entered 01/18/18 15:22:47    Desc
Main Document      Page 1 of 1