```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03860-HWV
Karen Lynn Hackney                                                  Chapter 13
      Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AGarner              Page 1 of 1           Date Rcvd: Feb 21, 2018
                               Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Karen Lynn Hackney,    6514 Devonshire Heights Road,    Harrisburg, PA 17111-4818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4969517        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2018 19:04:23     LVNV FUNDING LLC,
                 ATT KEVIN P BRANIGAN PRESIDENT,    55 BEATTIE PL STE 110 MS576,   GREENVILLE, SC 29601-2165
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              Kara Katherine Gendron    on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    United States of America, USDA acting through Farm
               Service Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAREN LYNN HACKNEY, | : | |
| Debtor | : | CASE NO. 1:17-bk-03860 |
| | : | |
| KAREN LYNN HACKNEY, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV FUNDING LLC, | : | |
| Respondent | : | |

## O R D E R

UPON consideration of the Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, it is hereby

ORDERED that the Motion is GRANTED and the judgment of LVNV FUNDING LLC in the approximate amount of $816.81 entered in Dauphin County at docket number # 2011 CV 4943 is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: February 21, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)