```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03860-HWV
Karen Lynn Hackney                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1            Date Rcvd: Feb 23, 2018
                              Form ID: pdf010          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
db          +Karen Lynn Hackney,    6514 Devonshire Heights Road,    Harrisburg, PA 17111-4818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5013021     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2018 18:56:52
              PYOD, LLC its successors and assigns as assignee,    of Arrow Financial Services, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5013165     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2018 18:56:47
              PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5010511     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2018 18:56:47
              PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
   KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Sewer Authority
   josephb@slusserlawfirm.com
        Kara Katherine Gendron    on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
   doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        Thomas I Puleo    on behalf of Creditor    United States of America, USDA acting through Farm
   Service Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAREN LYNN HACKNEY, | : | |
|     Debtor | : | CASE NO. 1:17-bk-03860 |
| | : | |
| KAREN LYNN HACKNEY, | : | |
|     Movant | : | |
| v. | : | |
| PYOD, LLC its successors and assigns as | : | |
| assignee of Plains Commerce Bank, | : | |
|     Respondent/Claimant | : | OBJECTION TO CLAIM # 20 |
| | : | |

**O R D E R**

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i).

Dated: February 23, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)