```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03860-HWV
Karen Lynn Hackney                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Jun 27, 2018
                      Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
```
db          +Karen Lynn Hackney,    6514 Devonshire Heights Road,    Harrisburg, PA 17111-4818
cr          +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt    on behalf of Creditor    United States of America, USDA acting through Farm
           Service Agency bkgroup@kmllawgroup.com
          Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Sewer Authority
           josephb@slusserlawfirm.com
          Kara Katherine Gendron    on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Thomas I Puleo    on behalf of Creditor    United States of America, USDA acting through Farm
           Service Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>KAREN LYNN HACKNEY<br>    **Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>    **Movant**<br><br>v.<br><br>KAREN LYNN HACKNEY<br>    **Respondent(s)**<br><br>CHARLES J. DEHART, III<br>    **Trustee** | Case No.: 1:17-03860 (HWV)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## ORDER

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Buick Encore** bearing vehicle identification number KL4CJFSB4GB608740 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: June 27, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)