UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAREN LYNN HACKNEY : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
KAREN LYNN HACKNEY :
     Respondent(s) : CASE NO. 1-17-bk-03860

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

     AND NOW, this 20th day of July, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

         a. Relief from Stay granted to Santander regarding 2016 Buick Encore (Claim #3).

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

         a. Deny confirmation of debtor(s) plan.
         b. Dismiss or convert debtor(s) case.
         c. Provide such other relief as is equitable and just.

                               Respectfully submitted:

                               Charles J. DeHart, III
                               Standing Chapter 13 Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA 17036
                               (717) 566-6097

               BY:          /s/James K. Jones
                               Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 20th day of July, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee22

Case 1:17-bk-03860-HWV    Doc 72    Filed 07/20/18    Entered 07/20/18 11:39:51    Desc
Main Document    Page 2 of 2