UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAREN LYNN HACKNEY : CHAPTER 13
       Debtor(s) :
 :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
 :
vs. :
 :
KAREN LYNN HACKNEY :
       Respondent(s) : CASE NO. 1-17-bk-03860

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of August, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 20, 2018 be withdrawn, as all issues have been resolved.

       Respectfully submitted:

       /s/Charles J. DeHart, III
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 17th day of August, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

       /s/Deborah A. Behney
       Office of Charles J. DeHart, III
       Standing Chapter 13 Trustee