LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAREN LYNN HACKNEY | : | |
|     Debtor | : | CASE NO. 1:17-bk-03860 |
| | : | |
| United States of America, USDA acting | : | ADVERSARY NO. |
| through Farm Service Agency, | : | |
|     Plaintiff(s)/Movant(s) | : | Nature of Proceeding Motion for Relief |
| | : | |
| KAREN LYNN HACKNEY, | : | |
|     Defendant(s)/Respondent(s) | : | Document #: 90, 94 |
| | : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

    Reason for the continuance. Movant's counsel has a scheduling conflict.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: July 1, 2019                        Dorothy L. Mott
                                                  Attorney for Debtor
                                                  Name: Dorothy L. Mott
                                                  Phone Number: (717) 232-6650

---

    [1] No alterations or interlineations of this document are permitted.
    [2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF | : | CHAPTER: 13 |
| KAREN LYNN HACKNEY | : | |
| : | : | CASE NUMBER: 1:17-bk-03860 |
| Debtor(s) | : | |

CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 1, 2019 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| JAMES WARMBRODT ESQUIRE<br>Attorney for United States of America, USDA<br>acting through Farm Service Agency | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 07/01/2019      Name: /s/ Dorothy L. Mott
                      Printed Name of Attorney:    Dorothy L. Mott
                      Address:                     125 State Street
                                                   Harrisburg PA  17101