```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 17-03860-HWV
Karen Lynn Hackney                                              Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1         Date Rcvd: Jun 19, 2020
                              Form ID: ntsempas        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
db          +Karen Lynn Hackney,   6514 Devonshire Heights Road,   Harrisburg, PA 17111-4818
cr          +Lower Paxton Township Sewer Authority,   425 Prince Street, Suite 139,
              Harrisburg, PA 17109-2892
cr          +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor    United States of America, USDA acting through Farm
               Service Agency bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              Kara Katherine Gendron     on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    United States of America, USDA acting through Farm
               Service Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                            TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Karen Lynn Hackney

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 1:17–bk–03860–HWV

Document Number: 121

Matter: Motion to Modify Confirmed Plan

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 19, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court** **The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing.** | **Date: 7/22/20** **Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **July 10, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2020 |

ntsempas(05/18)