```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-03860-HWV
Karen Lynn Hackney                                                        Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke             Page 1 of 2                 Date Rcvd: Jun 19, 2020
                               Form ID: pdf010             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Karen Lynn Hackney,    6514 Devonshire Heights Road,    Harrisburg, PA 17111-4818
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
4969502        +CB/JDWILLIAMS,   BK NOTICES,   PO BOX 183043,    COLUMBUS, OH 43218-3043
4969505         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4969511        +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,   HARRISBURG, PA 17101-2047
4969532        +FARM SERVICE AGENCY,   146 STONEY CREEK DRIVE, SUITE 1,    MIFFLINTOWN, PA 17059-8097
4969512        +FIRST PREMIER BANK,   3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4969513        +FORTIVA,    PO BOX 105555,    ATLANTA, GA 30348-5555
4969515        +LONDONDERRY ANIMAL HOSPITAL,    2164 E HARRISBURG PIKE,    MIDDLETOWN, PA 17057-4696
4969516        +LOWER PAXTON TOWNSHIP AUTHORITY,    425 PRINCE STREET,    HARRISBURG, PA 17109-3053
5008501        +Lower Paxton Township Sewer Authority,    425 Prince Street,    Suite 139,
                 Harrisburg, PA 17109-2892
4969518        +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
4969519        +MABT/TOTVISA,   5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
4969521         MILES KIMBALL,   PO BOX 2860,    MONROE, WI 53566-8060
4969522         MINDY S GOODMAN ESQUIRE,    2215 FOREST HILLS DRIVE STE 35,    HARRISBURG, PA 17112-1099
4969524         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4969526        +ROUTE 22 STOR-ALL,   6740 ALLENTOWN BLVD,    HARRISBURG, PA 17112-3392
4969527        +SANTANDER BANK,    PO BOX 841002,    BOSTON, MA 02284-1002
4969528         SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,   DALLAS, TX 75356-0284
4982922        +United States of America, USDA acting through Farm,    Juniata Farm Service Agency,
                 146 Stony Creek Drive, Suite 1,    Mifflintown, PA 17059-8097
4969533        +VALLEY POOLS, INC,    BOX 167 & LAWN ROAD,    CAMPBELLTOWN, PA 17010-0167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4980032        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:02     Amerimark,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4969501         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 20:02:11     CB/BON,   BK NOTICES,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
4969503         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 20:02:11     CB/ROAMANS,
                 BANKRUPTCY NOTICES,   PO BOX 182125,    COLUMBUS, OH 43218-2125
4969504         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 20:02:11     CB/WMNWTHN,
                 BANKRUPTCY NOTICES,   PO BOX 182125,    COLUMBUS, OH 43218-2125
4969506        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 20:02:12     CCB/JJILL,   PO BOX 182120,
                 COLUMBUS, OH 43218-2120
4969507        +E-mail/Text: dehartstaff@pamd13trustee.com Jun 19 2020 20:02:23     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4969508        +E-mail/Text: documentfiling@lciinc.com Jun 19 2020 20:02:04     COMCAST CABLE (BK Notices),
                 1555 SUZY ST,   LEBANON, PA 17046-8318
4969509         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 20:02:14     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,    HARRISBURG, PA 17128-0946
4969510         E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2020 20:11:45     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,   LAS VEGAS, NV 89193-8873
4969530         E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 19 2020 20:02:06
                 UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
4969514         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 20:02:09     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4969517         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:10:53     LVNV FUNDING LLC,
                 ATT KEVIN P BRANIGAN PRESIDENT,    55 BEATTIE PL STE 110 MS576,    GREENVILLE, SC 29601-5115
5014452         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:10:54
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
5010521         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:11:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
5010528         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 19 2020 20:10:53     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
4969523        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:31     MONTGOMERY WARD,
                 1112 7TH AVENUE,   MONROE, WI 53566-1364
5008295        +E-mail/Text: bknotices@totalcardinc.com Jun 19 2020 20:02:17     Mid America Bank & Trust,
                 First Access,   PO Box 89028,    Sioux Falls, SD 57109-9028
4983160        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:31     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5013021        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:11:20
                 PYOD, LLC its successors and assigns as assignee,    of Arrow Financial Services, LLC,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
5013165        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:11:21
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
5010511        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 20:11:21
                 PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4991957        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2020 20:02:19      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4969525         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 20:02:14      QUANTUM3 GROUP LLC,
                 PO BOX 788,    KIRKLAND, WA 98083-0788
5013311         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 20:02:14
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
5013309         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 20:02:14
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4969529        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:31      SWISS COLONY,    1112 7TH AVE,
                 MONROE, WI 53566-1364
4980030        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:02      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4983159        +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 20:02:31      The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
4969531        +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 19 2020 20:02:06      UNEMPL COMP TAX MATTERS,
                 HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4993139         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2020 20:11:21      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
4969534        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 19 2020 20:02:24      WEBBNK/FHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Lower Paxton Township Sewer Authority,    425 Prince Street, Suite 139,
                 Harrisburg, PA 17109-2892
4969520       ##+MICHAEL F RATCHFORD, ESQ,    RATCHFORD LAW GROUP PC,    409 LACKAWANNA AVE, STE 320,
                 SCRANTON, PA 18503-2059
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    United States of America, USDA acting through Farm
               Service Agency bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Sewer Authority
               josephb@slusserlawfirm.com
              Kara Katherine Gendron    on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    United States of America, USDA acting through Farm
               Service Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                                TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Karen Lynn Hackney

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 1:17–bk–03860–HWV

Document Number: 121

Matter: Motion to Modify Confirmed Plan

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 19, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing.** | **Date: 7/22/20**<br><br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **July 10, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2020 |

ntsempas(05/18)

Case 1:17-bk-03860-HWV   Doc 122   Filed 06/19/20   Entered 06/19/20 14:38:50   Desc
Notice Semi Passive Obj & Hrg   Page 1 of 1
Case 1:17-bk-03860-HWV   Doc 125   Filed 06/21/20   Entered 06/22/20 00:27:28   Desc
Imaged Certificate of Notice   Page 3 of 3