UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAREN LYNN HACKNEY : CHAPTER 13
      Debtor(s) :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
KAREN LYNN HACKNEY :
      Respondent(s) : CASE NO. 1-17-bk-03860

TRUSTEE'S OBJECTION TO TENTH AMENDED CHAPTER 13 PLAN

AND NOW, this 9th day of August, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s)

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Debtor has made one partial plan payment since August 10, 2020 despite filing three prior modified plans curing defaults.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                             Respectfully submitted:

                             Jack N. Zaharopoulos
                             Standing Chapter 13 Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA 17036
                             (717) 566-6097

          BY:         /s/James K. Jones
                      Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 9th day of August, 2021 I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

    /s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee