UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KAREN LYNN HACKNEY          :   CHAPTER 13
          Debtor(s)                        :
                                                 :

JACK N. ZAHAROPOULOS               :
STANDING CHAPTER 13 TRUSTEE         :
          Movant                           :
                                                 :

          vs.                              :
                                                 :

KAREN LYNN HACKNEY                 :
          Respondent(s)                    :   CASE NO.   1-17-bk-03860

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
ELEVENTH AMENDED CHAPTER 13 PLAN

      AND NOW, this   8th   day of April, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about April 6, 2022 be withdrawn as all issues have been resolved.

                            Respectfully submitted:

                            /s/Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this   8th   day of April, 2022, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

                            /s/Deborah A. Behney
                            Office of Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee