United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
    Karen Lynn Hackney  
        Debtor

Case No. 17-03860-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jan 10, 2023      Form ID: pdf010      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Lynn Hackney, 6514 Devonshire Heights Road, Harrisburg, PA 17111-4818 |
| cr | + | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 4969502 | + | CB/JDWILLIAMS, BK NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4969505 | | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4969511 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 4969532 | + | FARM SERVICE AGENCY, 146 STONEY CREEK DRIVE, SUITE 1, MIFFLINTOWN, PA 17059-8097 |
| 4969515 | + | LONDONDERRY ANIMAL HOSPITAL, 2164 E HARRISBURG PIKE, MIDDLETOWN, PA 17057-4696 |
| 4969516 | + | LOWER PAXTON TOWNSHIP AUTHORITY, 425 PRINCE STREET, HARRISBURG, PA 17109-3053 |
| 5008501 | + | Lower Paxton Township Sewer Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-2892 |
| 4969519 | + | MABT/TOTVISA, 5109 S BROADBAND LANE, SIOUX FALLS, SD 57108-2208 |
| 4969520 | + | MICHAEL F RATCHFORD, ESQ, RATCHFORD LAW GROUP PC, 409 LACKAWANNA AVE, STE 320, SCRANTON, PA 18503-2062 |
| 4969521 | | MILES KIMBALL, PO BOX 2860, MONROE, WI 53566-8060 |
| 4969522 | | MINDY S GOODMAN ESQUIRE, 2215 FOREST HILLS DRIVE STE 35, HARRISBURG, PA 17112-1099 |
| 4969524 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 4969526 | + | ROUTE 22 STOR-ALL, 6740 ALLENTOWN BLVD, HARRISBURG, PA 17112-3392 |
| 4982922 | + | United States of America, USDA acting through Farm, Juniata Farm Service Agency, 146 Stony Creek Drive, Suite 1, Mifflintown, PA 17059-8097 |
| 4969533 | + | VALLEY POOLS, INC, BOX 167 & LAWN ROAD, CAMPBELLTOWN, PA 17010-0167 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 18:39:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 4980032 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4969501 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 18:39:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4969503 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 18:39:00 | CB/ROAMANS, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4969504 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 18:39:00 | CB/WMNWTHN, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4969506 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2023 18:39:00 | CCB/JJILL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 4969508 | + | Email/Text: documentfiling@lciinc.com | Jan 10 2023 18:39:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 4969509 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2023 18:39:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4969510 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2023 18:48:50 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, |

| Record # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | LAS VEGAS, NV 89193-8873 |
| 4969530 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 10 2023 18:39:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4969512 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2023 18:48:50 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 4969513 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2023 18:39:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 4969514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 18:39:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4969507 | | Email/Text: info@pamd13trustee.com | Jan 10 2023 18:39:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4969517 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:49:02 | LVNV FUNDING LLC, ATT KEVIN P BRANIGAN PRESIDENT, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-5115 |
| 5014452 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:48:50 | LVNV Funding LLC C/O Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 5010521 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:48:50 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4969518 | + | Email/Text: camanagement@mtb.com | Jan 10 2023 18:39:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5010528 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2023 18:48:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4969523 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5008295 | + | Email/Text: bknotices@totalcardinc.com | Jan 10 2023 18:39:00 | Mid America Bank & Trust, First Access, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 4983160 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5010511 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:49:09 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5013165 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:49:02 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5013021 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 18:48:50 | PYOD, LLC its successors and assigns as assignee, of Arrow Financial Services, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4991957 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2023 18:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4969525 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2023 18:39:00 | QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5013311 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2023 18:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5013309 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2023 18:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4969527 | + | Email/Text: DeftBkr@santander.us | Jan 10 2023 18:39:00 | SANTANDER BANK, PO BOX 841002, BOSTON, MA 02284-1002 |
| 4969528 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 18:39:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 4969529 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | SWISS COLONY, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4980030 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4983159 | + | Email/Text: bankruptcy@sccompanies.com | Jan 10 2023 18:39:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4969531 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 10 2023 18:39:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4993139 | | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2023 18:48:50 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4969534 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 10 2023 18:39:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lower Paxton Township Sewer Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-2892 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Karen Lynn Hackney DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

on behalf of Creditor United States of America USDA acting through Farm Service Agency bkgroup@kmllawgroup.com

Joseph R. Baranko, Jr.
on behalf of Creditor Lower Paxton Township Sewer Authority josephb@slusserlawfirm.com

Kara Katherine Gendron
on behalf of Debtor 1 Karen Lynn Hackney karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Ryan T Gonder
on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphincounty.gov

Thomas I Puleo
on behalf of Creditor United States of America USDA acting through Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Karen Lynn Hackney | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-17-bk-03860-HWV |
| Jack N Zaharopoulos, Chapter 13 Trustee | | |
| vs. Movant(s) | | |
| Karen lynn Hackney | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 9, 2023

Order Dismissing Case with Parties - Revised 9/17